**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FURNITURE FACTORY ULTIMATE HOLDING, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12816 (JKS)<br><br>(Jointly Administered) |
| STEVEN BALASIANO, NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS TRUSTEE OF THE LIQUIDATION TRUST OF FURNITURE FACTORY ULTIMATE HOLDING, L.P., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN H. BORELL, *et al.*,<br><br>Defendants. | Adv. Proc. No. 22-50390 (JKS)<br><br>**Re: Adv. Dkt. Nos. 70, 89, 102** |

## PARTIES' JOINT STATEMENT REGARDING MEDIATION

Pursuant to this Court's Third Amended Scheduling Order [Adv. Dkt. No. 102] (the "Third Amended Scheduling Order"), Steven Balasiano, not individually, but solely in his capacity as trustee (the "Liquidation Trustee" or "Plaintiff") of the FFO Liquidation Trust established in the chapter 11 case of the above-captioned debtor, Furniture Factory Ultimate Holding, L.P. ("Holding LP", together with its Debtor affiliates and subsidiaries, "FFO") and Defendants Jonathan H. Borell, Chad Crosby, Jeff Feinberg, Melissa Klafter, Michael J. McConvery, Hank Mullany, David Rogalski, Lawrence Zigerelli, (collectively, the "D&Os"), Sun Capital Partners, Inc. ("Sun Capital

---

[1] The Debtor's service address in the chapter 11 case is FFO Liquidation Trust, c/o Province, LLC, 11111 Santa Monica Blvd., Suite 525, Los Angeles, California 90025.

Partners"), Sun Capital Partners Management VI, LLC ("Sun Management"), and Furniture Factory Note Holdings LLC ("Note Holdings" and together with Sun Capital Partners, and Sun Management, "Sun Capital," collectively with the D&Os, the "Defendants," and together with Plaintiff, the "Parties"), hereby submit the following Joint Statement Regarding Mediation at the request of the Mediator (defined herein):

1.      On August 14, 2024, the Parties filed their Stipulation Regarding Appointment of Mediator [Adv. Dkt. No. 89] (the "Mediation Stipulation").

2.      The Mediation Stipulation designated Howard Tescher as mediator (the "Mediator") pursuant to the Second Amended Scheduling Order [Adv. Dkt. No. 70] (the "Second Amended Scheduling Order").

3.      Pursuant to the Third Amended Scheduling Order, the Mediator shall file a status report regarding the projected schedule for completion of the Mediation if the mediation is not concluded within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation. *See* Amended Scheduling Order ¶ 12.

4.      Accordingly, the Mediator has asked the Parties to jointly report to the Court that this matter has been scheduled for mediation on December 19, 2024.

[*Remainder of page intentionally left blank*]

**POTTER ANDERSON & CORROON LLP**

*/s/ Sameen Rizvi*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Sameen Rizvi (No. 6902)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Email: csamis@potteranderson.com
      kgood@potteranderson.com
      astulman@potteranderson.com
      srizvi@potteranderson.com

– and –

**BAST AMRON LLP**
Brett M. Amron, (admitted *pro hac vice*)
Dain de Souza (No. 5737)
Jaime B. Leggett (admitted *pro hac vice*)
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: bamron@bastamron.com
      ddesouza@bastamron.com
      jleggett@bastamron.com

*Attorneys to Plaintiff*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Courtney Kurz*
John P. DiTomo (No. 4850)
Courtney Kurz (No. 6841)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Email: jditomo@morrisnichols.com
      ckurz@morrisnichols.com

– and –

**BAKER & MCKENZIE LLP**
Michael Duffy
Laura Kelly
Michael Lehrman
Michael McCutcheon
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
Email: michael.duffy@bakermckenzie.com
      laura.kelly@bakermckenzie.com
      michael.lehrman@bakermckenzie.com
      michael.mccutcheon@bakermckenzie.com

*Attorneys to Defendants*