**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FURNITURE FACTORY ULTIMATE HOLDING, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12816 (JKS) |
| STEVEN BALASIANO, NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS TRUSTEE OF THE LIQUIDATION TRUST OF FURNITURE FACTORY ULTIMATE HOLDING, L.P., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN H. BORELL, *et al.,*<br><br>Defendants. | Adv. Proc. No. 22-50390 (JKS) |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedure, (i) Plaintiff Steven Balasiano, not individually, but solely in his capacity as trustee (the "Liquidation Trustee" or "Plaintiff") of the FFO Liquidation Trust established in the chapter 11 case of Furniture Factory Ultimate Holding, L.P., et al.; and (ii) Defendants Jonathan H. Borell, Chad Crosby, Jeff Feinberg, Margie Kaufman, Melissa Klafter, Michael J. McConvery, Hank Mullany, Beth Neumann, David Rogalski, and Lawrence Zigerelli (collectively, the "D&Os"; each a "D&O"), and Sun Capital Partners, Inc. ("Sun Capital Partners"), Sun Capital Partners Management VI, LLC ("Sun Management"), and Furniture

---

[1] The Debtor's service address in the chapter 11 case is FFO Liquidation Trust, c/o Province, LLC, 11111 Santa Monica Blvd., Suite 525, Los Angeles, California 90025.

Factory Note Holding, LLC ("Note Holding" and, together with Sun Capital Partners, Sun Management, and the D&Os, the "Defendants"), hereby stipulate to the dismissal with prejudice of the above-captioned adversary proceeding. Each party shall bear its own costs, attorneys' fees, and expenses in this matter.

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparties shall be effective as originals for all purposes.

[*Remainder of page intentionally left blank*.]

<div style="display: flex;">
<div>

**POTTER ANDERSON & CORROON LLP**

*/s/ Sameen Rizvi*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Sameen Rizvi (No. 6902)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Email: csamis@potteranderson.com
          kgood@potteranderson.com
          astulman@potteranderson.com
          srizvi@potteranderson.com

– and –

**BAST AMRON LLP**
Brett M. Amron, (admitted *pro hac vice*)
Dain de Souza (No. 5737)
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile:  (786) 206-8740
Email:  bamron@bastamron.com
          ddesouza@bastamron.com

*Attorneys to Plaintiff*

</div>
<div>

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Courtney Kurz*
John P. DiTomo (No. 4850)
Courtney Kurz (No. 6841)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Email: jditomo@morrisnichols.com
          ckurz@morrisnichols.com

– and –

**BAKER & MCKENZIE LLP**
Michael Duffy
Laura Kelly
Michael Lehrman
Michael McCutcheon
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
Email: michael.duffy@bakermckenzie.com
          laura.kelly@bakermckenzie.com
          michael.lehrman@bakermckenzie.com
          michael.mccutcheon@bakermckenzie.com

*Attorneys to Defendants*

</div>
</div>

3

12037571v.2