## <u>CERTIFICATE OF SERVICE</u>

I, Sameen Rizvi, do hereby certify that on February 21, 2025, a copy of the foregoing

**Stipulation of Dismissal of Action with Prejudice** was served on the parties listed on the attached

service list in manner indicated.

*/s/ Sameen Rizvi*
Sameen Rizvi (No. 6902)

## <u>SERVICE LIST</u>

John P. DiTomo, Esq.
Courtney Kurz, Esq.
MORRIS NICHOLS ARSHT
& TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Email: jditomo@morris@morrisnichols.com;
     ckurz@morrisnichols.com


**Via Email**

Michael Duffy, Esq.
Laura Kelly, Esq.
Michael Lehrman, Esq.
Michael McCutcheon, Esq.
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 500
Chicago, Illinois 60601
Email: michael.duffy@bakermckenzie.com;
     laura.kelly@bakermckenzie.com
     michael.lehrman@bakermckenzie.com;
     michael.mccutcheon@bakermckenzie.com;


**Via Email**

12066686v.1